LUCILE M. FERGUSON, Respondent-Appellant, v. JOSEPH B. FERGUSON, Appellant-Respondent.— Defendant appeals from an order insofar as said order increases by $172.14 a month the $100 a week alimony fixed by judgment of separation, as modified (see *Ferguson* v. *Ferguson*, 304 N. Y. 567), and from an order denying defendant's motion to vacate the first order appealed from. Plaintiff appeals from the first-mentioned order insofar as it directs the increase in alimony to begin July 14, 1952, instead of June 1, 1952. Orders affirmed, without costs. No opinion. Johnston, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ., concur.

HARRY GARNETT, Respondent, v. SYLVIA BITNER, Appellant.— In an action by a vendee for the specific performance of a contract for the sale of real property, defendant appeals from an order and judgment (one paper) granting plaintiff's motion for summary judgment pursuant to rule 113 of the Rules of Civil Practice. Order and judgment reversed on the law and the facts, without costs, and motion denied, without costs. In our opinion the affidavits raise issues of fact which should be resolved upon a trial. Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.